1   WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   FCC, Inc., an Arizona foreign corporation,)    No. CV-07-2111-PHX-LOA
    of  Franchise  Capital  Corporation,  a)
    Barbados corporation,                     )    **ORDER**
10                                            )
                                              )
            Plaintiff,                         )
11                                            )
                                              )
    vs.                                        )
12                                            )
                                              )
13  Andrew P. Palmer an individual, Andrew)
    P.  Palmer  and  his  spouse,  Franchise)
14  Institute,  Inc.,  a  Delaware  corporation,)
    TES Franchising L.L.C., a Connecticut)
15  limited  liability  company,  and  Terry  O.)
    Powell, an individual, and Terry O. Powell)
16  and Karen Powell, his spouse             )
                                              )
17          Defendants.                       )
                                              )
18  _____)

19          This matter arises on Plaintiff's Motion for Judgment by Default. (docket # 10)

20  Although the caption of the motion refers to "judgment by default," the text of Plaintiff's

21  motion clarifies that Plaintiff seeks entry of default pursuant to Fed.R.Civ.P. 55(a). (docket

22  # 10) The Court, therefore, construes the motion as one for entry of default.  Plaintiff has

23  previously consented to magistrate judge jurisdiction. (docket # 5)

24          Obtaining default judgment involves two distinct steps: (1) entry of default in

25  accordance with Rule 55(a) and (2) subsequent entry of default judgment. *Eitel v. McCool*,

26  782 F.2d 1470, 1471 (9th Cir. 1986).  Only after default has been entered may the Court

27  consider whether to enter default judgment. Fed.R.Civ.P. 55(b).

28

1    Federal Rule of Civil Procedure 55(a) provides that: "[w]hen a party against whom a

2  judgment for affirmative relief is sought has failed to plead or otherwise defend as provided

3  by these rules and that fact is made to appear by affidavit or otherwise the clerk shall enter

4  the party's default." *Id.*   If a claimant fails to respond as required, no further notice is

5  required before default is entered. *Hawaii Carpenters' Trust Funds v. Stone*, 794 F.2d 508,

6  512 (9th Cir. 1986). Although the Clerk of Court will enter default without any action by the

7  Court, a default may also be entered by the Court. *In re Burchell Enterprises, Inc.*, 2005 WL

8  1154302 (N.D.Cal., May 16, 2005).

9    In this case, Plaintiff has satisfied the procedural requirements for entry of default

10  against Defendants.  On November 5, 2007, Plaintiff served copies of the complaint with

11  summonses on Defendants Andrew P. Palmer, his spouse, Franchise Institute, Inc., TES

12  Franchising L.L.C., Terry O. Powell, and Karen Powell.  (dockets ##  6, 7, 8, 9)

13  Accordingly, answers or responsive pleadings were due on or before November 26, 2007.

14  Fed.R.Civ.P. 12(a)(1)(A) and 6(a).  As of November 26, 2007, none of the Defendants had

15  answered or otherwise responded.

16    In view of the foregoing, entry of default is appropriate against Defendants Andrew

17  P. Palmer, his spouse, Franchise Institute, Inc., TES Franchising L.L.C., Terry O. Powell,

18  and Karen Powell.

19    Accordingly,

20    IT IS HEREBY ORDERED that Plaintiff's Motion for Judgment by Default (docket

21  # 10), construed as a Motion for Entry of Default, is **GRANTED**.

22    IT IS FURTHER ORDERED that, pursuant to Fed.R.Civ.P. 55(a), the Clerk of Court

23  shall enter default against Defendants Andrew P. Palmer, his spouse, Franchise Institute,

24  Inc., TES Franchising L.L.C., Terry O. Powell, and Karen Powell.

25  / / /

26  / / /

27  / / /

28

1    IT IS FURTHER ORDERED that to the extent that Plaintiff's Motion requests relief

2 in addition to the entry of default, such requests are denied, without prejudice, as premature.

3    DATED this 27th day of November, 2007.

4

5

6                    Lawrence O. Anderson
                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -