**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FCC, Inc., an Arizona foreign corporation, of Franchise Capital Corporation, a Barbados corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Andrew P. Palmer an individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising L.L.C., a Connecticut limited liability company, and Terry O. Powell, an individual, and Terry O. Powell and Karen Powell, his spouse,<br><br>Defendants. | No. CV-07-2111-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT AND ORDER** |

Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case

heard before a U.S. district judge, the appropriate section of the form, entitled Consent To Exercise Of

Jurisdiction By United States Magistrate Judge[1], must be completed and signed. The party filing the case or removing it to this Court is responsible for serving all parties with the consent forms. Each party must file a completed consent form and certificate of service with the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy by mail or hand delivery upon all parties of record in the case.

Any party is free to withhold consent to magistrate judge jurisdiction without adverse consequences. 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c). "A party to a federal civil case has, subject to some exceptions, a constitutional right to proceed before an Article III judge." *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541 (9th Cir. 1984) (*en banc*)).

A review of the Court's file indicates that an Answer was filed by Defendants Andrew P. Palmer an individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising L.L.C., a Connecticut limited liability company, and Terry O. Powell, an individual, and Terry O. Powell and Karen Powell, his spouse on November 27, 2007. (docket #11) Whether the Answer is timely or not may be a disputed issue but it does constitute an appearance for purposes of this Notice and Order.

---

[1]The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate form.

It is unknown if a copy of the appropriate consent form, electronically transmitted to Plaintiff's counsel on October 31, 2007, by the Clerk, was served with the Complaint and Summons upon Defendants Andrew P. Palmer an individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising L.L.C., a Connecticut limited liability company, and Terry O. Powell, an individual, and Terry O. Powell and Karen Powell, his spouse per the written instructions from the Clerk.

**IT IS ORDERED** that Defendants Andrew P. Palmer an individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising L.L.C., a Connecticut limited liability company, and Terry O. Powell, an individual, and Terry O. Powell and Karen Powell, his spouse shall each execute and file no later than **December 20, 2007** either a written consent to the exercise of authority by the magistrate judge or a written election to have the case reassigned to a United States district judge.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2006. The District's Rules of Practice may be found on the District Court's internet web page at ww.azd.uscourts.gov/. All other rules may be found as www.uscourts.gov/rules/. The fact that a party is acting pro se does not discharge this party's duties to "abide by the rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

DATED this 29th day of November, 2007.

Lawrence O. Anderson
United States Magistrate Judge