**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FCC, Inc., an Arizona foreign corporation, of Franchise Capital Corporation, a Barbados corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Andrew P. Palmer, an individual; Andrew P. Palmer and his spouse; Franchise Institute, Inc., a Delaware corporation, TES Franchising L.L.C., a Connecticut limited liability company; and Terry O. Powell, an individual, and Terry O. Powell and Karen Powell, his spouse,<br><br>        Defendants. | No. CV-07-2111-PHX-LOA<br><br>**ORDER TO SHOW CAUSE** |

This matter arises on the Court's review of the file.  Plaintiff commenced this action on or about October 30, 2007.  (docket #1)   Defendants Andrew P. Palmer an individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising L.L.C., a Connecticut limited liability company and Terry O. Powell an individual , and Terry O. Powell and Karen Powell, his spouse, filed their Answer on November 27, 2007.  (docket #22)  Plaintiff has filed its consent to the exercise of jurisdiction by a United States magistrate judge.  (docket #5)

On November 29, 2007,  the undersigned issued a Notice of Assignment and Order (docket #15) ordering that Defendants Andrew P. Palmer an individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising

1  L.L.C., a Connecticut limited liability company and Terry O. Powell an individual , and
2  Terry O. Powell and Karen Powell, his spouse, shall file no later than December 20, 2007
3  either a written consent to the exercise of authority by the magistrate judge or a written
4  election to have the case reassigned to a U. S district judge.
5       As of this date, Defendants Andrew P. Palmer an individual, Andrew P.
6  Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising
7  L.L.C., a Connecticut limited liability company and Terry O. Powell an individual , and
8  Terry O. Powell and Karen Powell, his spouse have failed to file their written elections to
9  either consent to magistrate judge jurisdiction nor elect to proceed before a United States
10 district judge.
11      District courts have the inherent power to control their dockets and in the
12 exercise of that power may impose sanctions.
13      Because the period within which Defendants Andrew P. Palmer an individual,
14 Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES
15 Franchising L.L.C., a Connecticut limited liability company and Terry O. Powell an
16 individual , and Terry O. Powell and Karen Powell, his spouse, were to file their written
17 elections has passed, the Court orders Defendants Andrew P. Palmer an individual, Andrew
18 P. Palmer and his spouse, Franchise Institute, Inc., a Delaware corporation, TES Franchising
19 L.L.C., a Connecticut limited liability company and Terry O. Powell an individual , and
20 Terry O. Powell and Karen Powell, his spouse,  to show cause in writing on or before
21 **January 18, 2008** why this Court should not impose sanctions.
22      Accordingly,
23      **IT IS HEREBY ORDERED** that Defendants Andrew P. Palmer an
24 individual, Andrew P. Palmer and his spouse, Franchise Institute, Inc., a Delaware
25 corporation, TES Franchising L.L.C., a Connecticut limited liability company and Terry O.
26 Powell an individual , and Terry O. Powell and Karen Powell, his spouse, show cause in
27 writing on or before **January 18, 2008** why this Court should not impose sanctions against
28 them for failure to comply with this Court's Orders.  Defendants may purge any sanctions by

1  either consenting to magistrate judge jurisdiction or electing to have this case assigned to a
2  district judge before the January 18, 2008 deadline.
3          DATED this 4th day of January, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge

- 3 -